UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR23-5085 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | DEFENDANT CARVER'S RESPONSE REGARDING MOTION TO CONTINUE TRIAL |
| | ) | |
| THOMAS CARVER, | ) | |
| Defendant. | ) | |
| | ) | |

Defendant Carver responds to the motion to continue the trial. Dkt. 252 He does not oppose a continuance of the current trial date and pretrial motions dates but does oppose such a lengthy continuance to May 6, 2024.  He would not oppose a continuance to January or February of 2024.

DATED this 25th day of April.


*Peter A.Camiel*
Peter A. Camiel WSBA 12596
Attorney for Defendant Carver

PETER A. CAMIEL
CAMIEL & CHANEY P.S.
2815 Elliott Ave, Suite 100
Seattle, WA 98121
(206)636-1725