The Hon. David G. Estudillo

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

THOMAS CARVER,

        Defendant.

NO. CR23-5085-DGE

**DECLARATION OF
AUSA JEHIEL I. BAER
IN SUPPORT OF MOTION
FOR A FINAL ORDER OF
FORFEITURE**

I, JEHIEL I. BAER, declare and say:

    1.    I am a duly appointed Assistant United States Attorney for the Western District of Washington, assigned to this case for the purpose of forfeiture.

    2.    After reviewing the relevant investigative materials, the United States identified five potential claimants to the property forfeited by Defendant Thomas Carver in this case: C.A.R., D.W.B., D.P.S., M.P.C., and J.R.M.. On or about January 16, 2025, the United States sent direct notice, by means reasonably calculated to reach them, of the pending forfeiture to these potential claimants at their last known addresses.

        a.    **C.A.R.** For potential claimant C.A.R., the United States sent notice to one address, identified through a search of public records. The notice letter was never delivered nor returned to sender. Notice letters and associated delivery records, redacted

Declaration of AUSA Jehiel I. Baer in Support of
Motion for a Final Order of Forfeiture - 1
*United States v. Carver,* CR23-5085-DGE

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  to preserve the privacy of the potential claimants, are attached as <u>Exhibit A</u>. The United

2  States has no other current contact information for potential claimant C.A.R. and has used

3  all available efforts to provide notice, by means reasonably calculated to reach potential

4  claimant C.A.R.

5         b.    **D.W.B.**  For potential claimant D.W.B., the United States sent notice

6  to one address, identified through a search of public records. The notice letter was

7  returned to sender, marked "No Such Number" and "Unable to Forward". Notice letters

8  and associated delivery records, redacted to preserve the privacy of the potential

9  claimants, are attached as <u>Exhibit B</u>. The United States has no other current contact

10  information for potential claimant D.W.B. and has used all available efforts to provide

11  notice, by means reasonably calculated to reach potential claimant D.W.B.

12         c.    **D.P.S.**  For potential claimant D.P.S., the United States sent notice

13  to one address, identified through a search of public records. The notice letter was

14  delivered on or about January 18, 2025. Notice letters and associated delivery records,

15  redacted to preserve the privacy of the potential claimants, are attached as <u>Exhibit C</u>.

16         d.    **M.P.S.**  For potential claimant M.P.S., the United States sent notice

17  to one address, identified through a search of public records. The notice letter was

18  returned to sender, marked "Unclaimed" and "Unable to Forward". Notice letters and

19  associated delivery records, redacted to preserve the privacy of the potential claimants,

20  are attached as <u>Exhibit D</u>. The United States has no other current contact information for

21  potential claimant M.P.S. and has used all available efforts to provide notice, by means

22  reasonably calculated to reach potential claimant M.P.S.

23         e.    **J.R.M.**  For potential claimant J.R.M., the United States sent notice

24  to two addresses, identified through a search of public records. One notice letter was

25  returned to sender, marked "Attempted – Not Known", "Moved" and "Unable to

26  Forward." The other notice letter was delivered on or about January 25, 2025. Notice

27

Declaration of AUSA Jehiel I. Baer in Support of
Motion for a Final Order of Forfeiture - 2
*United States v. Carver,* CR23-5085-DGE

letters and associated delivery records, redacted to preserve the privacy of the potential claimants, are attached as <u>Exhibit E</u>.

3.    The United States has used all available efforts to send notice by means reasonably calculated to reach the potential claimants, as required by Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure and Supplemental Rule G(4)(b) of the Supplemental Rules for Certain Admiralty and Maritime Claims.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on this 16th day of April, 2025, at Seattle, Washington.

*s/ Jehiel I. Baer*
JEHIEL I. BAER
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101
(206) 553-2242
Fax: 206-553-6934
Jehiel.Baer@usdoj.gov

Declaration of AUSA Jehiel I. Baer in Support of
Motion for a Final Order of Forfeiture - 3
*United States v. Carver,* CR23-5085-DGE

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# **EXHIBIT A**



**U.S. Department of Justice**

*United States Attorney*
*Western District of Washington*

*Please reply to:*
*Jehiel I. Baer*          *700 Stewart Street, Suite 5220*    *Tel: (206) 553-7970*
*Assistant United States Attorney*   *Seattle WA, 98101-1271*    *Fax: (206) 553-6934*
*Information Line: (206) 553-2242*   *www.usdoj.gov/usao/waw*

January 16, 2025

***Via U.S. Certified Mail***
Tracking Number: 9589 0710 5270 0915 3782 77


C▮▮▮ A. R▮▮▮
Federal Way, WA 98023-4542

>    **RE:    Notice of Property Preliminarily Forfeited in**
>    ***United States v. Thomas Carver,*** **Case No. CR23-5085-DGE**
>    **United States District Court for the Western District of Washington**

Dear C▮▮▮ A. R▮▮▮,

This letter is to notify you that the property identified in the enclosed Preliminary Order of Forfeiture, which was entered in the above-captioned federal prosecution, is subject to forfeiture to the United States. We are sending you this notice pursuant to Federal Rule of Criminal Procedure 32.2(b)(6) and Title 21, United States Code, Section 853(n)(1).

Before this property is finally forfeited, the Court will adjudicate any third-party petitions that are filed claiming an interest in it. The recognized bases for stating an interest in criminally forfeitable property are outlined at 21 U.S.C. §§ 853(n)(6)(A) & (B).

If you believe you have such an interest in this property and want to contest the final forfeiture, you must file a petition within **30 days** of receiving this letter. *See* 21 U.S.C. § 853(n)(2). Your petition must be signed under penalty of perjury, must state the nature and extent of your interest in property (including the time and circumstances under which you acquired your interest and any additional facts to support it), and must be filed with the Court. *See* 21 U.S.C. §§ 853(n)(2) & (3). We also recommend you reference the case title and number in your petition.

You can file your petition by sending it to:

Clerk's Office, United States District Court, Western District of Washington,
1717 Pacific Avenue, Room 3100,
Tacoma, WA 98402
(Telephone: (253) 882-3800).

If you do file a petition, please also send a copy to me at the above address. Thank you.

Sincerely,

TESSA M. GORMAN
United States Attorney


s/Jehiel I. Baer
JEHIEL I. BAER
Assistant United States Attorney


JB/hw
Enclosure



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Certified Mail Fee
$ 9.92

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____     Postmark
☐ Adult Signature Required           $ _____       Here
☐ Adult Signature Restricted Delivery $ _____

C███ A. R████,
Federal Way, WA 98023-4542

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 9589071052700915378277

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

___

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Delivered

Out for Delivery

Preparing for Delivery

**Moving Through Network**
In Transit to Next Facility
January 25, 2025

**Arrived at USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
January 19, 2025, 12:18 pm

**Departed USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
January 17, 2025, 7:48 am

**Arrived at USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
January 16, 2025, 10:09 pm

Feedback

# EXHIBIT B



**U.S. Department of Justice**

*United States Attorney*
*Western District of Washington*

*Please reply to:*
*Jehiel I. Baer*                    *700 Stewart Street, Suite 5220*    *Tel: (206) 553-7970*
*Assistant United States Attorney*  *Seattle WA, 98101-1271*    *Fax: (206) 553-6934*
*Information Line: (206) 553-2242*  *www.usdoj.gov/usao/waw*

January 16, 2025

**Via U.S. Certified Mail**
Tracking Number: 9589 0710 5270 0915 3782 60



Edgewood, WA 98372-9713

> **RE:    Notice of Property Preliminarily Forfeited in**
> ***United States v. Thomas Carver,* Case No. CR23-5085-DGE**
> **United States District Court for the Western District of Washington**

Dear D█████ W. B█████

This letter is to notify you that the property identified in the enclosed Preliminary Order of Forfeiture, which was entered in the above-captioned federal prosecution, is subject to forfeiture to the United States. We are sending you this notice pursuant to Federal Rule of Criminal Procedure 32.2(b)(6) and Title 21, United States Code, Section 853(n)(1).

Before this property is finally forfeited, the Court will adjudicate any third-party petitions that are filed claiming an interest in it. The recognized bases for stating an interest in criminally forfeitable property are outlined at 21 U.S.C. §§ 853(n)(6)(A) & (B).

If you believe you have such an interest in this property and want to contest the final forfeiture, you must file a petition within **30 days** of receiving this letter. *See* 21 U.S.C. § 853(n)(2). Your petition must be signed under penalty of perjury, must state the nature and extent of your interest in property (including the time and circumstances under which you acquired your interest and any additional facts to support it), and must be filed with the Court. *See* 21 U.S.C. §§ 853(n)(2) & (3). We also recommend you reference the case title and number in your petition.

You can file your petition by sending it to:

Clerk's Office, United States District Court, Western District of Washington,
1717 Pacific Avenue, Room 3100,
Tacoma, WA 98402
(Telephone: (253) 882-3800).

If you do file a petition, please also send a copy to me at the above address. Thank you.

Sincerely,

TESSA M. GORMAN
United States Attorney

_s/Jehiel I. Baer_
JEHIEL I. BAER
Assistant United States Attorney

JB/hw
Enclosure



**ALERT: WINTER STORMS IN THE SOUTHERN, SOUTHEAST, AND NORTHEAST AND WILDFIRE…**

# USPS Tracking®

FAQs ›

Remove ✕

**Tracking Number:**

## 958907105270091537826O

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was returned to the sender on January 18, 2025 at 9:46 am in PUYALLUP, WA 98372 because of an incorrect address.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

**Alert**
**No Such Number**
PUYALLUP, WA 98372
January 18, 2025, 9:46 am

**Departed USPS Regional Facility**
TACOMA WA DISTRIBUTION CENTER
January 17, 2025, 10:36 am

**Arrived at USPS Regional Facility**
TACOMA WA DISTRIBUTION CENTER
January 17, 2025, 4:59 am

**Arrived at USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
January 16, 2025, 10:23 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

**U.S. Department of Justice**

United States Attorney's Office

*Western District of Washington*

*700 Stewart Street, Suite 5220*
*Seattle, Washington 98101-1271*

Official Business
Penalty for Private Use $300



**RECEIVED**

JAN 27 2025

UNITED STATES ATTORNEY
SEATTLE, WASHINGTON



**CERTIFIED MAIL**
SEATTLE WA 980

9589 0710 5270 0915 3782 60

US OFFICIAL MAIL PENALTY FOR PRIVATE USE $300
**US POSTAGE** PITNEY BOWES

ZIP 98101 **$009.92**
02 4W
0001131800 JAN 16 2025

D.  W. B
Edgewood, WA 98372-9713

NSa

NIXIE          980   DE 1          0001/24/25

RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD

BC: 98101443820          *2326-06505-16-44

98372-971306
98101>4438

# **<u>EXHIBIT C</u>**



**U.S. Department of Justice**

*United States Attorney*
*Western District of Washington*

---

*Please reply to:*
*Jehiel I. Baer*
*Assistant United States Attorney*
*Information Line: (206) 553-2242*

*700 Stewart Street, Suite 5220     Tel: (206) 553-7970*
*Seattle WA, 98101-1271           Fax: (206) 553-6934*
*www.usdoj.gov/usao/waw*

January 16, 2025

***Via U.S. Certified Mail***
Tracking Number: 9589 0710 5270 0915 3782 53

D███ P. S████,
█████████████████,
Kettle Falls, WA 99141-9582

> **RE:    Notice of Property Preliminarily Forfeited in**
> ***United States v. Thomas Carver*, Case No. CR23-5085-DGE**
> **United States District Court for the Western District of Washington**

Dear D███ P. S████

This letter is to notify you that the property identified in the enclosed Preliminary Order of Forfeiture, which was entered in the above-captioned federal prosecution, is subject to forfeiture to the United States. We are sending you this notice pursuant to Federal Rule of Criminal Procedure 32.2(b)(6) and Title 21, United States Code, Section 853(n)(1).

Before this property is finally forfeited, the Court will adjudicate any third-party petitions that are filed claiming an interest in it. The recognized bases for stating an interest in criminally forfeitable property are outlined at 21 U.S.C. §§ 853(n)(6)(A) & (B).

If you believe you have such an interest in this property and want to contest the final forfeiture, you must file a petition within **30 days** of receiving this letter. *See* 21 U.S.C. § 853(n)(2). Your petition must be signed under penalty of perjury, must state the nature and extent of your interest in property (including the time and circumstances under which you acquired your interest and any additional facts to support it), and must be filed with the Court. *See* 21 U.S.C. §§ 853(n)(2) & (3). We also recommend you reference the case title and number in your petition.

You can file your petition by sending it to:

Clerk's Office, United States District Court, Western District of Washington,
1717 Pacific Avenue, Room 3100,
Tacoma, WA 98402
(Telephone: (253) 882-3800).

If you do file a petition, please also send a copy to me at the above address. Thank you.

Sincerely,

TESSA M. GORMAN
United States Attorney


*s/Jehiel I. Baer*
JEHIEL I. BAER
Assistant United States Attorney


JB/hw
Enclosure

ALERT: WINTER STORMS IN THE SOUTHERN, SOUTHEAST, AND NORTHEAST AND WILDFIRE…

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 95890710527009153782 53

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 2:23 pm on January 18, 2025 in KETTLE FALLS, WA 99141.

Feedback

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

● **Delivered**

**Delivered, Left with Individual**

KETTLE FALLS, WA 99141
January 18, 2025, 2:23 pm

● **Departed USPS Regional Facility**

SPOKANE WA DISTRIBUTION CENTER
January 17, 2025, 6:08 pm

● **Arrived at USPS Regional Facility**

SPOKANE WA DISTRIBUTION CENTER
January 17, 2025, 9:38 am

● **Departed USPS Regional Facility**

SEATTLE WA DISTRIBUTION CENTER
January 17, 2025, 7:48 am

● **Arrived at USPS Regional Facility**

SEATTLE WA DISTRIBUTION CENTER

January 16, 2025, 9:49 pm

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** **(https://faq.usps.com/s/article/Where-is-my-package)**

---

**Text & Email Updates** ⌄

---

**USPS Tracking Plus®** ⌄

---

**Product Information** ⌄

---

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

☐ Agent
☐ Addressee

C. Date of Delivery

1. Article Addressed to:

D__ P. S____

Kettle Falls, WA 99141-9582

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 8763 3310 8893 54

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)

9589 0710 5270 0915 3782 53

PS Form **3811**, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt



USPS TRACKING #

SPOKANE WA 990

18 JAN 2025 PM 3 L

9590 9402 8763 3310 8893 54

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

RECEIVED

JAN 21 2025

UNITED STATES ATTORNEY
SEATTLE, WASHINGTON

• Sender: Please print your name, address, and ZIP+4® in this box•

**United States Attorney's Office**
**Attn: Asset Forfeiture Division**
**700 Steward St., Ste. 5220**
**Seattle, Washington, 98101-1271**



# EXHIBIT D



**U.S. Department of Justice**

*United States Attorney*
*Western District of Washington*

*Please reply to:*
*Jehiel I. Baer*
*Assistant United States Attorney*
*Information Line: (206) 553-2242*

*700 Stewart Street, Suite 5220*      *Tel:  (206) 553-7970*
*Seattle WA, 98101-1271*              *Fax: (206) 553-6934*
*www.usdoj.gov/usao/waw*

January 16, 2025

**_Via U.S. Certified Mail_**
Tracking Number: 9589 0710 5270 0915 3782 46



M███ P. C███
████████  ████
Puyallup WA 98371-6205

> **RE:   Notice of Property Preliminarily Forfeited in**
> ***United States v. Thomas Carver*, Case No. CR23-5085-DGE**
> **United States District Court for the Western District of Washington**

Dear M███ P. C███:

This letter is to notify you that the property identified in the enclosed Preliminary Order of Forfeiture, which was entered in the above-captioned federal prosecution, is subject to forfeiture to the United States. We are sending you this notice pursuant to Federal Rule of Criminal Procedure 32.2(b)(6) and Title 21, United States Code, Section 853(n)(1).

Before this property is finally forfeited, the Court will adjudicate any third-party petitions that are filed claiming an interest in it. The recognized bases for stating an interest in criminally forfeitable property are outlined at 21 U.S.C. §§ 853(n)(6)(A) & (B).

If you believe you have such an interest in this property and want to contest the final forfeiture, you must file a petition within **30 days** of receiving this letter. *See* 21 U.S.C. § 853(n)(2). Your petition must be signed under penalty of perjury, must state the nature and extent of your interest in property (including the time and circumstances under which you acquired your interest and any additional facts to support it), and must be filed with the Court. *See* 21 U.S.C. §§ 853(n)(2) & (3). We also recommend you reference the case title and number in your petition.

You can file your petition by sending it to:

Clerk's Office, United States District Court, Western District of Washington,
1717 Pacific Avenue, Room 3100,
Tacoma, WA 98402
(Telephone: (253) 882-3800).

If you do file a petition, please also send a copy to me at the above address. Thank you.

Sincerely,

TESSA M. GORMAN
United States Attorney


*s/Jehiel I. Baer*
JEHIEL I. BAER
Assistant United States Attorney


JB/hw
Enclosure



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Certified Mail Fee
$ 9.72

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)       $ _____
☐ Return Receipt (electronic)     $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required        $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

M⬛ P. C⬛
⬛
Puyallup WA 98371-6205

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

9589 0710 5270 0915 3782 46

ALERT: SEVERE WEATHER IN THE MIDWEST THROUGH THE NORTHEAST U.S. AND THE SOU...

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052700915378246

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item has been delivered to an agent and left with an individual at the address at 2:58 pm on February 12, 2025 in SEATTLE, WA 98101.

Feedback

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered to Agent
**Delivered to Agent, Left with Individual**

SEATTLE, WA 98101
February 12, 2025, 2:58 pm

**In Transit to Next Facility**

February 11, 2025

**Departed USPS Regional Facility**

SEATTLE WA DISTRIBUTION CENTER
February 10, 2025, 7:29 am

**Arrived at USPS Regional Facility**

SEATTLE WA DISTRIBUTION CENTER
February 9, 2025, 12:19 pm

**Unclaimed/Being Returned to Sender**

PUYALLUP, WA 98373
February 7, 2025, 10:25 am

**Reminder to Schedule Redelivery of your item**

January 23, 2025

**Notice Left (No Authorized Recipient Available)**

PUYALLUP, WA 98371
January 18, 2025, 11:17 am

**Departed USPS Regional Facility**

TACOMA WA DISTRIBUTION CENTER
January 17, 2025, 10:36 am

**Arrived at USPS Regional Facility**

TACOMA WA DISTRIBUTION CENTER
January 17, 2025, 4:59 am

**Arrived at USPS Regional Facility**

SEATTLE WA DISTRIBUTION CENTER
January 16, 2025, 10:09 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** **(https://faq.usps.com/s/article/Where-is-my-package)**

---

**Text & Email Updates**                                                    ⌄

---

**USPS Tracking Plus®**                                                     ⌄

---

**Product Information**                                                      ⌄

---

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**U.S. Department of Justice**

United States Attorney's Office
*Western District of Washington*

*700 Stewart Street, Suite 5220*
*Seattle, Washington 98101-1271*

Official Business
Penalty for Private Use $300

CERTIFIED MAIL

9589 0710 5270 0915 3782 46

SEATTLE WA 980
16 JAN 2025 PM 6 L

US OFFICIAL MAIL PENALTY FOR PRIVATE USE $300
**US POSTAGE** PITNEY BOWES

ZIP 98101 **$ 009.92**
02 4W
0001131800 JAN 16 2025

RECEIVED
FEB 12 2025
UNITED STATES ATTORNEY
SEATTLE, WASHINGTON

M■■ P. C■■■■■
**Puyallup WA 98371-6205**



NIXIE        980   DE 1           0002/09/25

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

98371-6■       BC: 98101443999    *2226-04481-16-44
98101>4439     ░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░

# **<u>EXHIBIT E</u>**



**U.S. Department of Justice**

*United States Attorney*
*Western District of Washington*

*Please reply to:*
*Jehiel I. Baer*                    *700 Stewart Street, Suite 5220*    *Tel: (206) 553-7970*
*Assistant United States Attorney*    *Seattle WA, 98101-1271*        *Fax: (206) 553-6934*
*Information Line: (206) 553-2242*    *www.usdoj.gov/usao/waw*

January 16, 2025

***Via U.S. Certified Mail***
Tracking Number: 9589 0710 5270 0915 3782 22

J▇▇ R. M▇▇▇r
▇▇▇▇▇▇
Madera, CA 93637-2762

***Via U.S. Certified Mail***
Tracking Number: 9589 0710 5270 0915 3782 39

J▇▇R. M▇
▇▇▇▇▇▇
Pensacola, FL 32514-6553

    **RE:    Notice of Property Preliminarily Forfeited in**
        ***United States v. Thomas Carver,* Case No. CR23-5085-DGE**
        **United States District Court for the Western District of Washington**

Dear J▇▇ R. M▇▇▇

This letter is to notify you that the property identified in the enclosed Preliminary Order of Forfeiture, which was entered in the above-captioned federal prosecution, is subject to forfeiture to the United States. We are sending you this notice pursuant to Federal Rule of Criminal Procedure 32.2(b)(6) and Title 21, United States Code, Section 853(n)(1).

Before this property is finally forfeited, the Court will adjudicate any third-party petitions that are filed claiming an interest in it. The recognized bases for stating an interest in criminally forfeitable property are outlined at 21 U.S.C. §§ 853(n)(6)(A) & (B).

If you believe you have such an interest in this property and want to contest the final forfeiture, you must file a petition within **30 days** of receiving this letter. *See* 21 U.S.C. § 853(n)(2). Your petition must be signed under penalty of perjury, must state the nature and extent of your interest in property (including the time and circumstances under which you acquired your interest and any additional facts to support it), and must be filed with the Court. *See* 21 U.S.C. §§ 853(n)(2) & (3). We also recommend you reference the case title and number in your petition.

You can file your petition by sending it to:

Clerk's Office, United States District Court, Western District of Washington,
1717 Pacific Avenue, Room 3100,
Tacoma, WA 98402
(Telephone: (253) 882-3800).

If you do file a petition, please also send a copy to me at the above address. Thank you.

Sincerely,

TESSA M. GORMAN
United States Attorney


_s/Jehiel I. Baer_
JEHIEL I. BAER
Assistant United States Attorney



JB/hw
Enclosure





ALERT: WINTER STORMS IN THE SOUTHERN, SOUTHEAST, AND NORTHEAST AND WILDFIRE…

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 9589071052700915378222

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item has been delivered to an agent at the front desk, reception, or mail room at 11:17 am on January 21, 2025 in MADERA, CA 93637.

_____

**Get More Out of USPS Tracking:**

    USPS Tracking Plus®

### Delivered to Agent
**Delivered to Agent, Front Desk/Reception/Mail Room**
MADERA, CA 93637
January 21, 2025, 11:17 am

**In Transit to Next Facility**
January 20, 2025

**Arrived at USPS Regional Facility**
FRESNO CA DISTRIBUTION CENTER
January 18, 2025, 2:45 pm

**Departed USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
January 17, 2025, 7:48 am

**Arrived at USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER

Feedback

January 16, 2025, 10:23 pm

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** **(https://faq.usps.com/s/article/Where-is-my-package)**

---

**Text & Email Updates**                                               ⌄

---

**USPS Tracking Plus®**                                                ⌄

---

**Product Information**                                                ⌄

---

**See Less** ⌃

Track Another Package

| Enter tracking or barcode numbers |

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

**U.S. Department of Justice**

United States Attorney's Office
*Western District of Washington*

700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271

Official Business
Penalty for Private Use $300



CERTIFIED MAIL

SEATTLE WA 980

16 JAN 2025 PM 7 L

9589 0710 5270 0915 3782 22



US OFFICIAL MAIL PENALTY FOR PRIVATE USE $300

**US POSTAGE** PITNEY BOWES

ZIP 98101  $ 009.92⁰
02 4W
0001131800 JAN 16 2025

RECEIVED

FEB 03 2025

UNITED STATES ATTORNEY
SEATTLE, WASHINGTON

J█ R. M█

Madera, CA 93637-2762

RTS

N1X1E        958    DE 1        0001/25/25

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

ANK
93637-2627
98101>4439

BC: 98101443999        *2326-06432-16-44

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:



J_ R. M_
M_era, CA 93637-2762



9590 9402 8763 3310 8893 30

2. Article Number (Transfer from service label)

9589 0710 5270 0915 3782 22

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:          ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt





ALERT: WINTER STORMS IN THE MIDWEST THROUGH THE NORTHEAST AND WILDFIRES AN…

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052700915378239

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 10:50 am on January 25, 2025 in PENSACOLA, FL 32514.

---

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**
PENSACOLA, FL 32514
January 25, 2025, 10:50 am

**In Transit to Next Facility**
January 24, 2025

**Arrived at USPS Regional Facility**
PENSACOLA FL PROCESSING CENTER
January 21, 2025, 5:10 am

**Departed USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
January 17, 2025, 7:48 am

**Arrived at USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
January 16, 2025, 10:09 pm

Feedback

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

J___ R. M____

Pensacola, FL 32514-6553

9590 9402 8763 3310 8893 47

2. Article Number *(Transfer from service label)*

9589 0710 5270 0915 3782 39

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)

- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt